[No. 16750-0-III.    Division Three.    July 21, 1998.]

JAMES STATLER, ET AL., *Respondents*, v. YAKIMA SCHOOL
DISTRICT NO. 7, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 97-2-00653-7, Michael E. Cooper, J., entered
June 23, 1997. *Affirmed in part* and *remanded* by unpub-
lished opinion per Kato, J., concurred in by Kurtz, A.C.J.,
and Brown, J.

[No. 16796-8-III.    Division Three.    July 21, 1998.]

BUDDY B. OWENS, *Respondent*, v. JAMES W. RIES, ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 96-2-01436-1, Susan L. Hahn, J., entered June
26, 1997. *Affirmed* by unpublished opinion per Kato, J.,
concurred in by Schultheis, C.J., and Sweeney, J.

[No. 16831-0-III.    Division Three.    July 21, 1998.]

DARLENE MUSTARD, *Appellant*, v. PARLEY PEARCE, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 96-2-00367-1, Robert L. Zagelow, J.,
entered July 11, 1997. *Affirmed* by unpublished opinion per
Schultheis, C.J., concurred in by Sweeney and Kato, JJ.

[No. 16189-7-III.    Division Three.    July 23, 1998.]

RUSSELL BYERLEY, ET AL., *Respondents*, v. WALLA WALLA
COUNTY, *Defendant*, JIM MCDOLE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 96-2-00265-9, Donald W. Schacht, J.,
entered September 30, 1996. *Affirmed* by unpublished
opinion per Schultheis, C.J., concurred in by Sweeney and
Kato, JJ.